

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

(212) 416-6139

April 27, 2019

**BY ECF**
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

> Application granted. The parties shall submit a proposed case management plan by May 11, 2020. The Clerk is instructed to terminate ECF No. 46.
>
> Dated: New York, NY
> April 28, 2020
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.

**Re:** **Dixon v. Fishkill, et al., 17-CV-1123 (NSR)**

Dear Judge Halpern:

      This Office represents Defendants Cuello, Eull, Alrabadi, and Montross ("Defendants"), officials or employees of the New York State Department of Corrections and Community Supervision ("DOCCS"), in this matter. I write to respectfully request that the deadline to submit a case management plan by April 27, 2020 be extended to May 11, 2020.

      This Office wrote to Plaintiff Dixon on April 13, 2020, and requested that he respond to discuss a proposed case management plan no later than April 24, 2020. However, Plaintiff, who has been released from custody, completed his parole supervision, and whose last known addresses are listed below, has not responded as of this date. Accordingly, the defendants request a brief extension of the case management plan deadline to May 11, 2020, in order to make one final attempt to contact Plaintiff.

Sincerely,
*/s/ David T. Cheng*_____
David T. Cheng
Assistant Attorney General

cc:   Thomas Dixon (DIN 13-A-3136)   Thomas Dixon   Thomas Dixon
      Sullivan Correctional Facility   84 Banana Street   136 Bristol Street
      325 Riverside Drive   Central Islip, NY 11722   Brooklyn, NY 11212
      P.O. Box 116
      Fallsburg, NY 12733-0116
      *Plaintiff pro se*